Case Number: 5:12-HC-2075-FL

ALEXANDER KOPEYKIN,
             Petitioner,
  v.                                       **Judgment in a Civil Case**
UNITED STATES,
             Respondent.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for an initial review pursuant to 28 U.S.C. § 2243.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed for failure to state a claim.

<u>This Judgment Filed and Entered on November 5, 2012, with service on:</u>
Alexander Kopeykin   (via U.S. Mail)
52390-066
Rivers Correctional Institution
P.O. Box 630
Winton, NC 27986

November 5, 2012                                  /s/ Julie A. Richards
                                                                Clerk